August 1, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

SUSAN CAMILLE LEE, Appellant

NO. 14-16-00258-CV             V.

RONALD E. LEE JR., KATHERINE LEE STACY, AND LEGACY TRUST
COMPANY, RECEIVER, Appellees

_____

This is an appeal from an order signed March 2, 2016, approving the application of Legacy Trust Company, as receiver of the testamentary trust created under Article IV of the Last Will of Testament of Katherine Pillot Lee Barnhart, for approval of a settlement agreement with appellee Ronald E. Lee Jr. We have heard the cause on the transcript of the record. Having inspected the record and found no error in the trial court's ruling, we order the trial court's ruling **AFFIRMED**.

We order appellant Susan Camille Lee to pay all costs incurred in this appeal.

We further order this decision certified below for observance.